UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH ERNEST TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:05-cv-195-RLY-WGH |
| ) | |
| MARALEE CLAYTON, et al., ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

Plaintiff Joseph Taylor seeks recusal of the undersigned. Mr. Taylor asserts that the court demonstrated bias and prejudice against him by what he asserts is its mistaken rationale in ruling on his motion for appointment of counsel on August 31, 2005, in another case, that being *Taylor v. Knight,* No. 2:05-cv-00125-RLY-WGH. The court recently denied Mr. Taylor's request for recusal in No. 2:05-cv-00125-RLY-WGH, explaining that adverse rulings against a party are not evidence of bias.

Based on the foregoing, Mr. Taylor's motion to disqualify filed on January 13, 2006, is **denied.**

**IT IS SO ORDERED.**

Date: 01/19/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joseph Ernest Taylor, #905002, Pendleton Correctional Facility, P.O. Box 30, Pendleton, Indiana 46064