**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOSEPH ERNEST TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:05-cv-195-RLY-WGH |
| | ) | |
| MARALEE CLAYTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff's emergency motion for stay pending appeal and/or pending final results of mandamus petition, filed on January 19, 2006, having failed to demonstrate error in any prior ruling in this action, including his contention that the court mistakenly applied the Prison Litigation Reform Act of 1996 "retroactively," *see Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996) ("All [28 U.S.C.] § 1915 has ever done is excuse *pre*-payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible."), is **denied.**

**IT IS SO ORDERED.**

Date:  01/24/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joseph Ernest Taylor, #905002, Pendleton Correctional Facility, P.O. Box 30,
        Pendleton, Indiana  46064