UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH ERNEST TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:05-cv-195-RLY-WGH |
| MARALEE CLAYTON, et al., | ) |
| Defendants. | ) |

E N T R Y

The plaintiff's motion for reconsideration filed on February 9, 2006, is treated as a motion to alter or amend judgment pursuant to Rule 56(e) of the *Federal Rules of Civil Procedure* and is directed to the dismissal of this action on the clerk's docket on February 1, 2006.

Rule 59(e) "authorizes relief when a moving party 'clearly establish[es] either a manifest error of law or fact' or 'present[s] newly discovered evidence.'" *Souter v. International Union*, 993 F.2d 595, 599 (7th Cir. 1993) (quoting *Federal Deposit Ins. Corp. v. Meyer,* 781 F.2d 1260, 1268 (7th Cir. 1986)). The purpose of a motion to alter or amend judgment under Rule 59(e) is to have the court reconsider matters "properly encompassed in a decision on the merits." *Osterneck v. Ernst and Whinney,* 489 U.S. 169, 174 (1988). The Court of Appeals has explained that there are only three valid grounds for a Rule 59(e) motion--newly-discovered evidence, an intervening change in the law, and manifest error in law. *See Cosgrove v. Bartolotta,* 150 F.3d 729, 732 (7th Cir. 1998).

There was in this case no manifest error of law or fact. *See Russell v. Delco Remy Div. of General Motors Corp.,* 51 F.3d 746, 749 (7th Cir. 1995). The court properly applied 28 U.S.C. § 1915(g) in denying the plaintiff's request to proceed *in forma pauperis* and then acted properly in later dismissing the action for failure to prosecute when the filing fee was not paid. The court is not at liberty to ignore § 1915(g) when acting on requests such as that presented in this case. Accordingly, the motion for reconsideration, treated as a motion to alter or amend the judgment, is **denied.**

**IT IS SO ORDERED.**

Date: 02/15/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Joseph Ernest Taylor, #905002, Pendleton Correctional Facility, P.O. Box 30, Pendleton, Indiana  46064