**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOSEPH ERNEST TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:05-cv-195-RLY-WGH |
| | ) | |
| MARALEE CLAYTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. "If a document filed within the time specified by Rule 4 gives the notice required by Rule 3, it is effective as a notice of appeal." *Smith v. Barry,* 502 U.S. 244, 248-49 (1992). Under Fed.R.App.P. 3(c), a notice of appeal must "specify the party or parties taking the appeal . . . designate the judgment, order, or part thereof being appealed[ ] and . . . name the court to which the appeal is being taken." Fed. R.App.P. 3(c). Guided by these principles, the plaintiff's filing of February 16, 2006, shall be **processed as a notice of appeal** from the final judgment entered on the clerk's docket on February 1, 2006.

2. The plaintiff's request for leave to proceed on appeal *in forma pauperis* with respect to his notice of appeal is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* identify such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

    3. The plaintiff's request for the appointment of counsel is denied because (a) it has been filed in the wrong forum, and (b) there is no supportable reason to appoint counsel to aid in a frivolous appeal.

    **IT IS SO ORDERED.**

Date: 02/22/2006

                RICHARD L. YOUNG, JUDGE
                United States District Court
                Southern District of Indiana

Copies to:

Joseph Ernest Taylor, #905002, Pendleton Correctional Facility, P.O. Box 30, Pendleton, Indiana  46064