UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOSEPH ERNEST TAYLOR,         )
                              )
            Plaintiff,        )
      vs.                     )   No. 3:05-cv-195-RLY-WGH
                              )
MARALEE CLAYTON, et al.,      )
                              )
            Defendants.       )

**E N T R Y**

This cause is before the court on the plaintiff's motion for relief from the order of February 15, 2006, denying his motion for reconsideration.

The text of the order from which the plaintiff now seeks relief is the following:

> The plaintiff's motion for reconsideration filed on February 9, 2006, is treated as a motion to alter or amend judgment pursuant to Rule 56(e) of the *Federal Rules of Civil Procedure* and is directed to the dismissal of this action on the clerk's docket on February 1, 2006.
>
> Rule 59(e) "authorizes relief when a moving party 'clearly establish[es] either a manifest error of law or fact' or 'present[s] newly discovered evidence.'" *Souter v. International Union*, 993 F.2d 595, 599 (7th Cir. 1993) (quoting *Federal Deposit Ins. Corp. v. Meyer,* 781 F.2d 1260, 1268 (7th Cir. 1986)). The purpose of a motion to alter or amend judgment under Rule 59(e) is to have the court reconsider matters "properly encompassed in a decision on the merits." *Osterneck v. Ernst and Whinney,* 489 U.S. 169, 174 (1988). The Court of Appeals has explained that there are only three valid grounds for a Rule 59(e) motion--newly-discovered evidence, an intervening change in the law, and manifest error in law. *See Cosgrove v. Bartolotta,* 150 F.3d 729, 732 (7th Cir. 1998).

There was in this case no manifest error of law or fact. *See Russell v. Delco Remy Div. of General Motors Corp.,* 51 F.3d 746, 749 (7th Cir. 1995). The court properly applied 28 U.S.C. § 1915(g) in denying the plaintiff's request to proceed *in forma pauperis* and then acted properly in later dismissing the action for failure to prosecute when the filing fee was not paid. The court is not at liberty to ignore § 1915(g) when acting on requests such as that presented in this case. Accordingly, the motion for reconsideration, treated as a motion to alter or amend the judgment, is **denied.**

There is, first of all, no error in the foregoing assessment or ruling. Additionally, there is no irregularity in any feature of this action or the docketing of papers which warrants the relief sought by the plaintiff. The action was dismissed for failure to pay the filing fee, and on March 31, 2006, his appeal met the same fate (in No. 06-1540). The plaintiff's motion for relief filed on April 17, 2006, is in all respects **denied.**

**IT IS SO ORDERED.**

Date: 04/21/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joseph Ernest Taylor, #905002, Pendleton Correctional Facility, P.O. Box 30, Pendleton, Indiana  46064